IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 20 PM 4: 44
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | No. 05-20433-B |
| TRAVORIS KEY, | * |
| Defendant. | * |

## ORDER

The Court has before it the Government's request for review of U.S. Magistrate Judge Tu M. Pham's ruling, issued on December 16, 2005, granting a bond to the defendant. This Court finds it appropriate to stay the Magistrate Judge's ruling on bond until the matter is heard. Accordingly, the Magistrate Judge's ruling on bond for defendant TRAVORIS KEY is stayed until the completion of the hearing on the appeal of this matter.

Ordered this 20th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-21-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20433 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT